**Opinion issued December 16, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-14-00780-CV

—————————————

**PEDRO E. VELEZ, Appellant**

**V.**

**VILMA INES ANDREWS, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2004-66968**

---

**MEMORANDUM OPINION**

Appellant, Pedro E. Velez, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX.

GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013), 101.0411 (West

Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-district Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.